UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

                - against -

COINSEED, INC. and DELGERDALAI
DAVAASAMBUU

                            Defendants.

**ORDER**

21 Civ. 1381

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter previously scheduled for April 29, 2021 is adjourned to **May 7, 2021 at 10:00 a.m** by telephone.[1]  Defense counsel will inform Defendants Coinseed, Inc. and Davaasambuu that they are required to appear for the telephone conference on the adjourned date.  Defense counsel is further directed to provide a copy of this Order to Coinseed, Inc. by overnight mail and email and by email to Davaasambuu.

Dated:  New York, New York
         April 26, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

---

[1] Counsel and Defendants are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The Court is holding multiple telephone conferences on that day, and the parties should call in at the scheduled time and wait on the line for this case to be called.  At that time, the Court will un-mute their lines.  Two days before the conference, counsel must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that counsel and Defendants will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.