UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

COINSEED, INC. and DELGERDALAI DAVAASAMBUU

                Defendants.

**ORDER**

21 Civ. 1381

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for June 24, 2021 is adjourned <u>sine die</u>.

        The Securities and Exchange Commission will move for default judgment in accordance with this Court's Individual Rules by July 2, 2021.

Dated: New York, New York
       June 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge