UNITED STATES DISTRICT COURT
SOUTHERN DISTRIT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  -against-<br><br>COINSEED, INC. and<br>DELGERDALAI DAVAASAMBUU,<br><br>        Defendants. | 21 Civ. 01381 (PGG)<br><br>ECF CASE<br><br>REQUEST TO<br>ENTER DEFAULT |

TO: RUBY J. KRAJICK, CLERK OF THE COURT
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.1, Plaintiff Securities and Exchange Commission respectfully requests entry of default against Defendants Coinseed, Inc. and Delgerdalai Davaasambuu for failure to plead or otherwise defend the above-captioned action, as fully appears from the court file herein and the accompanying Declaration of Richard G. Primoff dated June 23, 2021, in the form of the proposed certificates for each Defendant, annexed hereto.

Dated: New York, New York
    June 23, 2021

              SECURITIES AND EXCHANGE COMMISSION

              By: /s/Richard G. Primoff
                 Richard G. Primoff
                 Senior Trial Counsel
                 New York Regional Office
                 Brookfield Place
                 200 Vesey St., Ste. 400
                 New York, NY 10281-1022
                 (212) 336-0148