UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    -against-<br><br>COINSEED, INC. and DELGERDALAI DAVAASAMBUU,<br><br>                    Defendants. | 21 Civ. 01381 (PGG)<br><br>CLERK'S CERTIFICATE OF DEFAULT |

　　　　I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 17, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Coinseed, Inc. pursuant to Federal Rule of Civil Procedure 4(h) on February 26, 2021, and proof of such service thereof was filed on April 6, 2021 (Docket Entry 12).

　　　　I further certify that the docket entries indicate that the Defendant Coinseed, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Coinseed, Inc. is hereby noted.

Dated:　New York, New York
　　　　　June __, 2021

　　　　　　　　　　　　　　　　　　　　　　Ruby J. Krajick

　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk