UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

         - against -

COINSEED, INC. and  DELGERDALAI
DAVAASAMBUU

                Defendants.

**ORDER**

21 Civ. 1381

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing previously scheduled for July 29, 2021 is adjourned to **August 19, 2021 at 10:00 a.m. by telephone.**[1]

        The Commission will serve a copy of this Order and the papers supporting the Commission's application for default judgment on the Defendant Coinseed by UPS overnight delivery and on Defendant Davaasambuu by email on July 28, 2021.  Defendants must serve and file any opposition by August 12, 2021.

Dated: New York, New York
       July 27, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines.  Two days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.