```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,                            21-CV-01381 (PGG)(SN)

              -against-                                  **ORDER**

COINSEED, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 22, 2021, Plaintiff submitted its proposed findings of fact and conclusions of law. ECF No. 54. Defendant Coinseed, Inc. was subsequently served via mail on September 23, 2021. ECF No. 56. Although Plaintiff attempted to serve Defendant Delgerdalai Davaasambuu via email, the papers were returned as undeliverable. Id. Pursuant to the Court's scheduling order (ECF No. 50), Defendants' response was due on October 23, 2021. Because Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     New York, New York
                October 28, 2021