UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

              - against -

COINSEED, INC., and DELGERDALAI DAVAASAMBUU,

                    Defendants.

**ORDER**

21 Civ. 1381 (PGG) (SN)

---

PAUL G. GARDEPHE, U.S.D.J.:

        On July 5, 2023, this Court adopted Judge Netburn's Report and Recommendation ("R&R") concerning an inquest on an appropriate disgorgement remedy and civil penalty award.  This Court concluded that Defendants Coinseed, Inc. and Delegerdalai Davaasambuu are jointly and severally liable for disgorgement of $141,410 plus pre-judgment interest, and that each Defendant must pay a civil monetary penalty of $141,410.  (July 5, 2023 Order (Dkt. No. 60) at 8)  The Order provides that pre-judgment interest is to be calculated from June 1, 2018, at the lower of the average LIBOR or IRS underpayment rates for each year.  (Id. at 6)

        By **July 14, 2023**, the Securities and Exchange Commission (the "SEC") will file a proposed judgment, pursuant to the July 5, 2023 order.  Any objection by Defendants is due within five days of receiving the SEC's submission.

Dated:  New York, New York
        July 12, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge